**Dismissed and Memorandum Opinion filed March 21, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00164-CV

### IN RE SOUTHWEST WATER COMPANY, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 13-DCV-203487**

## M E M O R A N D U M    O P I N I O N

On March 4, 2013, relator SouthWest Water Company filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann §22.221; *see also* Tex. R. App. P. 52.1. In the petition, relator complains of the trial court's order permitting a pre-suit deposition pursuant to Texas Rule of Civil Procedure 202.

On March 14, 2013, relator filed a motion to dismiss the writ of mandamus because the parties reached an agreement rendering the writ of mandamus moot. Accordingly, the petition for writ of mandamus is ordered dismissed as moot.

PER CURIAM

Panel consists of Justices Frost, Brown, and Busby.